IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LAKEISHA SMITH and
SCOTTIE SMITH                                                    PLAINTIFFS

v.                          No. 2:14-cv-37-DPM

TRAVELERS INDEMNITY
COMPANY OF AMERICA                                               DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 January 2015